Opinion issued March 24, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00168-CR

———————————

in re Teodoro Escobar Robles, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Teodoro Escobar Robles, has filed a pro se petition for writ of mandamus,
complaining that the trial court refuses to rule on his “motion for forensic
examination of evidence.”[1]  We deny relator’s petition for writ of
mandamus.

          All
outstanding motions are dismissed as moot.  

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          A jury convicted relator of
aggravated robbery and assessed punishment at life imprisonment in the
underlying case, which is State v. Robles,
No. 1161114 in the 248th District Court of Harris County, Texas.  This Court affirmed relator’s conviction, and
the Texas Court of Criminal Appeals refused his petition for discretionary
review.  See Robles v. State, No.
01-09-00117-CR, 2010 WL 45770, at *3 (Tex. App.—Houston [1st Dist.] Jan. 7,
2010, pet. ref’d) (mem. op.).